UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH CARL SULKEY,<br><br>        Petitioner,<br><br>        v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>        Respondents. | NO. CV 08-3599 AG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Amended Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that Respondents' Motion to Dismiss is granted and Judgment be entered denying the Petition as time-barred with prejudice.

DATED: November 30, 2009

                                                              ANDREW J GUILFORD<br>                                                           United States District Judge